IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

APEX REDI-MIXED CONCRETE COMPANY                              PLAINTIFF

v.                    CASE NO. 1:17-CV-1057-TLB

B & H CONTRACTORS, INC., ET AL.                               DEFENDANTS

## STIPULATION OF DISMISSAL
## OF CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), it is hereby stipulated and agreed upon by all parties in this action that all claims and counterclaims in this action are hereby dismissed with prejudice with said stipulating parties to bear their own attorney's fees and costs related to this action.

/s/ John Keeling Baker
John Keeling Baker
MITCHELL, WILLIAMS,
SELIG, GATES & WOODYARD
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72202-3525
501-688-8850
jbaker@mwlaw.com

and

Joseph Hickey, P.A.
100 West Cedar, Suite B
El Dorado, AR 71730
870-862-3478
joe@eldolaw.com

*Attorneys for Apex
Redi-Mixed Concrete Company*

/s/ Thomas K. Wilka
Thomas K. Wilka
HAGAN, WILKA, ARCHER
600 S Main Ave
Sioux Falls, SD 57104
605-334-0005
tom@hwalaw.com

*Attorneys for B&H Contractors, Inc.*

John F. Peiserich
PPGMR LAW, PLLC
P.O. Box 251618
Little Rock, AR 72225-1618
501-603-9000
john@ppgmrlaw.com

*Counsel for Defendants Leidos, Inc.
and Leidos Engineering, LLC*

Patrick D. Wilson
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Sutie 2300
Little Rock, AR 72201-3699
501-371-0808
pwilson@wlj.com

*Attorney for Benham Constructors, LLC*

EXHIBIT A